UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVELYN WRIGHT,<br><br>                Plaintiff,<br><br>    v.<br><br>NANCY A BERRYHILL, Acting Commissioner of Social Security,<br><br>                Defendant. | CASE NO. 2:17-CV-00290-DWC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND COSTS |

       This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 6. This matter is before the Court on "Plaintiff's Stipulated Motion for EAJA Fees." Dkt. 16.

       Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), Plaintiff's motion and declaration (Dkt. 16), and the relevant record, the Court orders EAJA attorney's fees of $5,905.64 and expenses in the amount of $4.50 ("EAJA Award") be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

The Acting Commissioner shall contact the Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to Janet Leanne Martinez, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall be mailed to Plaintiff's counsel, Janet Leanne Martinez, Douglas Drachler McKee & Gilbrough, 1904 3rd Avenue, Suite 1030, Seattle, WA 98101.

Dated this 21st day of December, 2017.

David W. Christel
United States Magistrate Judge